```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

WILLIE ARMSTEAD            :    CIVIL ACTION

    vs.                    :

JOHN PALOKOVICH, et al.    :    NO. 09-CV-629

## ORDER

AND NOW, this 21st day of October, 2009, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge and Petitioner's exception to the Report and Recommendation, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of habeas corpus is DENIED and DISMISSED;

3. Petitioner's request to stay the petition is DENIED; and

4. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.